FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 SEP 30 AM 11: 35

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAI DEVON LEE,

   Petitioner,

v.           CIVIL ACTION NO.: CV609-076

STEPHEN UPTON, Warden,

   Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Jai Devon Lee ("Lee") contends that he amended his petition to reflect the addition of constitutional claims to the original grounds for relief. According to Lee, the Magistrate Judge incorrectly addressed a statute he identified in his original petition, not the statute he identified in his amended petition. Lee asserts that the Magistrate Judge's "misplacement of the statutes and the law therein escapes and undermines" the "central legal question presented in his habeas petition[.]" (Doc. No. 34, p. 6).

Even accepting Lee's assertions as true, his Objections are without merit. Lee is not entitled to his requested relief pursuant to applicable law, as the Magistrate Judge noted. The Magistrate Judge's Report and Recommendation is adopted as the opinion

of the Court. Lee's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 30 day of September, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA